## Streeper Estate.

Argued April 15, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Bernard V. DiGiacomo,* with him *Joseph P. Lynch,* and *DiGiacomo & Lynch,* for appellant.

*Robert Trucksess,* for appellee.

OPINION PER CURIAM, July 1, 1974:
Order affirmed. Costs on appellant.